IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD GRANBERRY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-272 Erie |
| ) | |
| CHAIRMAN OF PENNSYLVANIA ) | |
| BOARD OF PROBATION AND ) | |
| PAROLE, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM JUDGMENT ORDER

Plaintiff's civil rights complaint was received by the Clerk of Court on October 9, 2007 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [56], filed on November 12, 2009, recommends that the Defendants' Motion for Summary Judgment [41] be granted. The parties were allowed ten (10) days from the date of service in which to file objections. Plaintiff filed his objections [58] on December 16, 2009. After de novo review of the complaint and documents in the case, together with the Report and Recommendation and Plaintiff's objections thereto, the following order is entered:

AND NOW, this 5th day of February, 2010;

IT IS HEREBY ORDERED that the Defendants' Motion for Summary Judgment [41] be, and hereby is, GRANTED. JUDGMENT is hereby entered in favor of the Defendants and against Plaintiff Donald Granberry.

The Report and Recommendation of Magistrate Judge Baxter, dated November 12, 2009 [56], is adopted as the opinion of this Court.

s/ SEAN J. McLAUGHLIN
Sean J. McLaughlin
United States District Judge

cm: all parties of record
    Chief U.S. Magistrate Judge Baxter